UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANSHU CHENG,<br><br>        Plaintiff,<br><br>    v.<br><br>USCIS, et al.,<br><br>        Defendants. | Case No. 20-cv-01962-JSW<br><br>**ORDER VACATING HEARING AND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 15 |

On May 21, 2020, Defendants filed a motion to dismiss this case on the basis that the claims are moot. That motion is scheduled for a hearing on June 26, 2020, and Plaintiff's opposition was due on June 4, 2020. Plaintiff has not opposed the motion. The Court VACATES the hearing set for June 26, 2020 and ORDERS Plaintiff to show cause why the motion should not be granted as unopposed and why the case should not be dismissed. Plaintiff's response to this Order to Show Cause shall be due by June 12, 2020. If Plaintiff fails to respond to this Order to Show Cause, the Court will deem the motion unopposed.

If Plaintiff seeks to file a belated opposition with his response to the Order to Show Cause, Plaintiff must include a proposed opposition brief and set forth the reasons he failed to comply with the deadline to oppose the motion. If the Court determines Plaintiff should be given leave to file an untimely opposition, it will provide Defendants with an opportunity to reply, and it will resolve the motion on the papers.

**IT IS SO ORDERED.**

Dated: June 8, 2020

                                                            JEFFREY S. WHITE<br>                                                            United States District Judge